**JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| YURI DOERING, | Case No. CV 23-8140 FMO (PVCx) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| CANTARITO MEXICAN GRILL, et al. | |
| Defendants. | |

IT IS ADJUDGED that the above-captioned action is dismissed without prejudice.

Dated this 16th day of November, 2023.

/s/
Fernando M. Olguin
United States District Judge